UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

------------------------------------X

IN RE: Request from Belgium )
Pursuant to the Treaty )
Between the United States of )
America and the Kingdom of )  Criminal No. _____
Belgium on Mutual Assistance )
in Criminal Matters in the )
Matter of JACQUES LEFEBVRE )

------------------------------------X

FILED
IN CLERKS OFFICE

2005 FEB 15  A 11: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

APPLICATION FOR ORDER PURSUANT TO THE TREATY
ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS AND
TITLE 28, UNITED STATES CODE, SECTION 1782

The United States of America, through undersigned counsel, hereby petitions this Court for an Order, pursuant to Article 1 of the Treaty between the United States of America and the Kingdom of Belgium on Mutual Assistance in Criminal Matters signed January 28, 1988, entered into force on January 1, 2000 (U.S.T. 100-16, T.I.A.S. 2096 UNTS 3), and pursuant to 28 U.S.C. §1782, appointing Assistant U. S. Attorney BRIAN T. KELLY as Commissioner to collect evidence from witnesses and to take such other action as is required to execute the request attached hereto as Exhibit 1 from Belgium made pursuant to the Treaty.

The proposed Order is attached as Exhibit A to the Memorandum of Law in Support of Application for Order.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
BRIAN T. KELLY
Assistant United States Attorney