UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

---------------------------------------X

IN RE:  Request from Belgium            )
        Pursuant to the Treaty          )
        Between the United States of    )
        America and the Kingdom of      ) Criminal No. 5-MC-10086
        Belgium on Mutual Assistance    )
        in Criminal Matters in the      )
        Matter of JACQUES LEFEBVRE      )

---------------------------------------X

ORDER

Upon application of the United States, and upon review of the request from Belgium seeking evidence under the Treaty on Mutual Assistance with the Kingdom of Belgium, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the <u>Treaty between the United States of America and the Kingdom of Belgium on Mutual Assistance in Criminal Matters</u>, U.S.T. 100-16, T.I.A.S. 2096 UNTS 3, as well as pursuant to 28 U.S.C. §1782, that BRIAN T. KELLY is appointed as a Commissioner of this Court and is hereby directed to execute the Treaty request as follows:

1. Take such steps as are necessary, including issuance of commissioner's subpoenas, to collect the evidence requested;

2. Provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

3

3. Adopt procedures to collect the evidence requested, consistent with its use in the investigation or proceeding for which the Netherlands has requested assistance, which procedures may be specified in the request or provided by or with the approval of the Belgian Central Authority under the Treaty;

4. Seek such further orders of this Court as may be necessary to execute this request; and

5. Certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to Belgium.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of Belgium.

_____
UNITED STATES DISTRICT JUDGE

Dated: 2/17, 2005