UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

------------------------------------------X

IN RE: Request from Belgium )
Pursuant to the Treaty )
Between the United States of )
America and the Kingdom of ) No. <u>05-10086-NG</u>
Belgium on Mutual Assistance )
in Criminal Matters in the )
Matter of JACQUES LEFEBVRE )

------------------------------------------X

<u>NOTICE OF COMPLETION OF COMMISSION</u>

I, BRIAN T. KELLY, Assistant United States Attorney for the District of MASSACHUSETTS, having been appointed Commissioner by Order of this Court filed on February 17, 2005, for the purpose of taking evidence in accordance with the request of Belgium, notify the Court that I have completed the requirements of such appointment to the extent possible.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ BRIAN T. KELLY
BRIAN T. KELLY
Assistant United States Attorney

Dated: 4/7/06

cc: Office of International Affairs
Washington, D.C.

U.S. DISTRICT COURT
DISTRICT OF MASS
2006 JUN 23 P 3:51
FILED
IN CLERKS OFFICE

# Memorandum

United States Attorney
District of Massachusetts



| Subject | Date |
|---|---|
| MLAT Request from Belgium (Jacques LeFebvre) No. 05-MC-10086-NG | April 13, 2006 |

| To | From |
|---|---|
| Judge Nancy Gertner | Christine Khalil, Paralegal Specialist |

Dear Judge Gertner:

I am enclosing a Notice of Completion of Commission in the above matter.

_____
Christine Khalil
Paralegal Specialist